IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | TERESA WILLSON SNOW )<br>AKA TERRI WILLSON SNOW )<br>)<br>DEBTORS. ) | Case No. 15-10438-R<br>Chapter 13 |

CERTIFICATION AND REQUEST
FOR ENTRY OF ORDER

The undersigned hereby certifies to the court as follows:

1. That **NATIONSTAR MORTGAGE LLC**, filed in this case on the 4th day of September, 2015, a Motion for Relief From Stay and Abandonment of Property and Brief in Support, seeking lifting of the stay and abandonment of property.

2. That on the 4th day of September, 2015, on behalf of NATIONSTAR MORTGAGE LLC the request for relief was served by United States mail with proper postage affixed, upon the Debtor, Attorney for Debtor, Trustee, and all parties claiming an interest in the subject property.

3. That any response or objection to the request for relief was required to be filed and served on or before the 21st day of September, 2015.

4. That no response or objection was served or filed except the objection of Debtor which has been withdrawn on October 7, 2015.

The undersigned therefore respectfully requests that the request for relief be deemed confessed and that the court enter the accompanying order granting the relief requested.

Dated: October 21, 2015        **NATIONSTAR MORTGAGE LLC,**

                               BY: s/Kelly M. Parker
                                   KELLY M. PARKER   #22673
                                   LAMUN MOCK CUNNYNGHAM & DAVIS, P.C.
                                   5613 N. Classen Blvd.
                                   Oklahoma City, OK 73118
                                   (405) 840-5900
                                   Fax: (405) 842-6132
                                   Attorney for Movant