UNITED STATES BANKRUPTCY COURT
**NORTHERN** DISTRICT OF OKLAHOMA

Filed/Docketed
Oct 21, 2015

```
IN RE:        TERESA WILLSON SNOW       )
              AKA TERRI WILLSON SNOW    )    Case No. 15-10438-R
                                        )            Chapter 13
              DEBTOR.                    )
```

## ORDER OF ABANDONMENT AND LIFTING STAY

The Motion for Relief From Automatic Stay and Abandonment of Property filed herein by **NATIONSTAR MORTGAGE LLC**, or its successors or assigns, (hereinafter referred to as Movant) comes on for consideration.

The Court thereupon considering said Motion and  representations of counsel for Movant finds and orders as follows:

The Movant is the holder of a claim secured by a first mortgage lien upon the following property, situated in Tulsa County, Oklahoma, described as:

Lot Six (6), Block Twenty-eight (28), PATRICK HENRY, Blocks 24 through 27, inclusive, an Addition in Tulsa County, State of Oklahoma, according to the recorded Plat thereof.

Due notice of the Motion For Relief From Automatic Stay and Abandonment of Property has been provided in accordance with the Bankruptcy Code.  The time for filing objections expired on the 21st day of September, 2015, and no objection has been filed or served on Movant except the objection of Debtor which has been withdrawn on October 7, 2015.

**IT IS THEREFORE ORDERED** that the Trustee be and hereby is ordered to disclaim and abandon the subject mortgaged property and the entry of this Order shall be deemed to constitute the disclaimer and abandonment of said mortgaged property by the Trustee.

**IT IS FURTHER ORDERED** that the stay imposed under 11 U.S.C. Section 362 is hereby lifted and terminated so as to permit enforcement of liens against the subject property described herein, but that the automatic stay shall remain in effect until fourteen (14) days after entry of this Order, per bankruptcy Rule 4001(a)(3).

**IT IS FURTHER ORDERED** that the Trustee shall immediately cease payments to the Movant under the confirmed plan and any and all funds which otherwise

would have been paid Movant shall be released and paid to the other creditors under the confirmed plan.

    SO ORDERED this 21st day of October, 2015.

DANA L. RASURE
UNITED STATES BANKRUPTCY JUDGE