UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

Filed/Docketed
Oct 23, 2015

| | |
|---|---|
| In Re: ) | |
| ) | |
| TERESA WILLSON SNOW ) | |
| A/K/A TERRI WILLSON SNOW ) | |
| ) | Case No.   15-10438-R |
| Debtor. ) | (Chapter 13) |

## ORDER DISMISSING CASE

On the 21st day of October, 2015, the Chapter 13 Trustee's Motion to Dismiss Case and Notice of Opportunity for Hearing filed April 22, 2015, and the Debtor's objection thereto came before the Court for continued hearing. Teresa Willson Snow appeared *Pro Se*. Lonnie D. Eck, Standing Chapter 13 Trustee for the Northern District of Oklahoma, also appeared. The Court having heard statements of the *Pro Se* Debtor and the Trustee, and based on the record in this case, finds that cause exists for dismissal and that this case should be dismissed.

IT IS THEREFORE ORDERED that this case is hereby dismissed with jurisdiction retained by the Court to conclude administration of the case.

Dated:   October 23, 2015

DANA L. RASURE
UNITED STATES BANKRUPTCY JUDGE

Prepared by:

s/ Lonnie D. Eck
Lonnie D. Eck
Standing Chapter 13 Trustee
Northern District of Oklahoma